Jeffrey A. Meyers (State Bar Number 175474)
Jeffrey A. Meyers, Attorney at Law
17221 E. 17th St. Suite F
Santa Ana, CA 92705
(714) 617-5868
jmeyerslaw17@yahoo.com
Attorney for Plaintiff ROBERT SANCHEZ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (Southern Division – Santa Ana)

| | |
|---|---|
| ROBERT SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DEFT TOUCH SOCCER CENTER, a business entity; TREY SCHARLIN, an individual; GALLO JUDITH L, an individual,<br><br>    Defendants, | Case No.:  8:25-cv-01630-JAK-ADS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff ROBERT SANCHEZ hereby voluntarily dismisses this action in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

No defendant has filed an answer or motion for summary judgment. Accordingly, this dismissal is effective upon filing and does not require a court order.

Dated:        September 8, 2025

Respectfully submitted,

_____

Jeffrey A. Meyers, Attorney at Law

Attorney for Plaintiff ROBERT SANCHEZ

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE